**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

        Plaintiff,

                                       **CASE NO. 6:04-CR-179-ORL-19GJK**

vs.

**CHRISTOPHER WORDEN**

        Defendant.

_____

**ORDER**

       This case was considered by the Court on Petition on Supervised Release (Doc. No. 93, filed May 28, 2008), Report and Recommendation of the United States Magistrate Judge (Doc. No. 108, filed August 6, 2008), and Order to Show Cause at Final Revocation Hearing (Doc. No. 109, filed August 12, 2008) at a hearing held August 21, 2008 attended by Defendant, counsel for Defendant and counsel for the Government.  Upon hearing the matters presented, it is

**ORDERED:**

       1.      The Report and Recommendation of the United States Magistrate Judge (Doc. No. 108) is **ADOPTED AND APPROVED,** there being no objection filed.

       2.      The Petition on Supervised Release (Doc. No. 93) is **GRANTED**, and the Defendant's supervised release (Doc. No. 57) filed on August 31, 2005  is **MODIFIED**. The defendant is hereby reinstated to supervision.  The original term of supervision shall be extended for a period of **12 months**.  All previously ordered special conditions remain intact.  Additional terms of supervision include the following special conditions:

            •      The defendant shall be prohibited from incurring new credit charges,

opening additional lines of credit, making acquisitions or obligating himself for any major purchases without prior approval of the probation officer.

  •   The defendant shall provide the probation officer access to any requested financial information.

  •   The defendant shall obtain a valid Florida drivers license before the end of his term of supervised release and show his probation officer proof of such acquisition.

  •   The defendant shall pay restitution in the amount of $1,814.20 to the victims through the Clerk of Court, Middle District of Florida.   The defendant shall begin making payments of **$125.00 per month**, beginning September 2008, and this payment schedule shall continue unless the victims, the government, or the defendant notifies the Court of a material change in the defendant's ability to pay, and the Court modifies the schedule.

4.   The Court has considered the factors enumerated in 18 United States Code § 3553, including applicable guidelines and policy statements issued by the U.S. Sentencing Commission.

5.   In all other respects the Judgment in a Criminal Case (Doc. No. 57 ) remains in full force and effect.

6.   Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of this Court in this case.

7.   Defendant has been advised of his/her right to appeal.

  **DONE AND ORDERED** at Orlando, Florida, this ___21st___ day of August, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant