# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**

**CHRISTOPHER WORDEN**

**Case Number: 6:04-CR-179-ORL-19GJK**

**USM Number: 25894-018**

**Stephen Langs, FPD**

---

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five, Seven, Eight, Nine and Ten of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for conduct, Grand Theft. | September 12, 2008 |
| 2 | New conviction for conduct, Driving While License Suspended or Revoked. | February 17, 2009 |
| 3 | New conviction for conduct, Scheming to Defraud, Forgery, Uttering a Forged Check and Grand Theft. | March 31, 2009 |
| 4 | New conviction for conduct, Resisting Arrest without Violence. | May 5, 2009 |
| 5 | Failure to submit written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision. | June 5, 2009 |
| 7 | Failure to notify ten days prior to any change in residence in violation of Condition 6 of the Standard Conditions of Supervision. | May 5, 2009 |
| 8 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision. | February 20, 2009 |
| 9 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision. | May 8, 2009 |
| 10 | Failure to make restitution in violation of the court's order. | February 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation number Six is dismissed on a motion of the United States.

AO 245B (Rev. 6/05) Judgment in a Criminal Case

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

12/10/2009

PATRICIA C. FAWSETT
UNITED STATES DISTRICT JUDGE

December 5 ,2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 Months**.

The defendant is remanded to the custody of the United States Marshal.

Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By:_____

Deputy U.S. Marshal

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

### Unpaid Restitution

### $993.03

The defendant shall make restitution (including community restitution) to the victim s as previously ordered. **Restitution is payable to Clerk, U.S. District Court for distribution to the victims located at: 401 W. Central Blvd., Suite 2-100, Orlando, Fl 32801.**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of unpaid restitution shall be due as follows:

While in the Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the defendant has a non-Unicor job or (2) pay at least 50% of her monthly earnings if the defendant has a Unicor job. Upon release from custody, the remainder of the restitution shall be made a lien of record.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court, unless otherwise directed by the court, the probation officer or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

**CHRISTOPHER WORDEN**

**DOCKET NO: 6:04-CR-179-ORL-19GJK**

**Superseding Petition**   This case was considered by the Court on the Superseding Petition on Probation and Supervised Release (Doc. No. 120, filed June 15, 2009), which superseded the Original Petition on Probation and Supervised Release (Doc. No. 113, filed March 26, 2009), the Report and Recommendation of the United States Magistrate Judge (Doc. No. 129, filed October 28, 2009), and the Order to Show Cause at Final Revocation Hearing (Doc. No. 131, filed November 10, 2009) at a hearing held ~~October 28, 2009~~ *November 10, 2009*, attended by the Defendant, counsel for the Defendant, and counsel for the Government. The Report and Recommendation of the Magistrate Judge is ✓ adopted and approved or ____ rejected.

**Adjudication**   The Court finds that the defendant has violated the conditions of Supervised Release and adjudicates the defendant guilty of the following violations:

Guilty: <u>Yes</u>   or   <u>No</u>

| | | | |
|---|---|---|---|
| ☑ | ☐ | 1) | New conviction for conduct, Grand Theft, occurring on September 12, 2008, while on supervision in violation of the conditions of supervision (Grade B Violation) |
| ☑ | ☐ | 2) | New conviction for conduct, Driving While License Suspended or Revoked, occurring on February 17, 2009, while on supervision in violation of the conditions of supervision (Grade C Violation) |
| ☑ | ☐ | 3) | New conviction for conduct, 1) Scheming to Defraud, 2) Forgery, 3) Uttering of Forged Check, and 4) Grand Theft, occurring on March 31, 2009, while on supervision in violation of the conditions of supervision (Grade B Violation) |

1

| ☑ | ☐ | 4) | New conviction for conduct, Resisting Arrest without Violence, occurring on May 5, 2009, while on supervision in violation of the conditions of supervision (Grade C Violation) |
| ☑ | ☐ | 5) | Failure to submit written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision (Grade C Violation) |
| ☐ | ☑ | 6) | Failure to support dependants in violation of Condition 4 of the Standard Conditions of Supervision (Grade C Violation) |
| ☑ | ☐ | 7) | Failure to notify ten days prior to any change in residence in violation of Condition 6 of the Standard Conditions of Supervision (Grade C Violation) |
| ☑ | ☐ | 8) | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision (Grade C Violation) |
| ☑ | ☐ | 9) | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision (Grade C Violation) |
| ☑ | ☐ | 10) | Failure to make restitution in violation of the court's order, which requires him to make payments as follows: $125 monthly while on supervision (Grade C Violation) |

**Application of Guidelines & Statutory Provisions**

The Court determines that the applicable *advisory* guidelines are:

__B__ is the Highest Grade violation, and

__II__ is the original Criminal History Category, which calls for

_6_ to _12_ months imprisonment, and

__2__ years is the Maximum Statutory penalty, and

__3__ years is the Maximum Statutory term of Supervised Release

**Objections**                    Are there any objections to the court's findings?


                                  Is there any reason why I should not proceed to sentencing?


                                            **SENTENCE**

           The Court has asked the defendant and his attorney, and the attorney for the

government, why judgment should not now be pronounced, and, after hearing their

responses, the Court has found no cause to the contrary. The Court has reviewed the

Superseding Petition for Revocation of Supervised Release, and the parties have made

statements on their behalf or have waived the opportunity to do so.


**Adoption of**                   The Report and Recommendation of the United States Magistrate Judge
**Report and**
**Recommendation**    (Doc. No. 129, filed October 28, 2009) is **ADOPTED AND APPROVED,**

           there being no objection filed.


                                               3

**Superseding Petition Granted**

The Superseding Petition on Probation and Supervised Release (Doc. No. 120, filed June 15, 2009) is **GRANTED** and the defendant's supervised release (Doc. No. 57, filed August 31, 2005) is: *revoked*

**Revoked**

The Court therefore **ORDERS** that the defendant's Supervised Release is revoked and that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 (YEARS/ MONTHS). In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553 (a) and the advisory guidelines.

**Remand To Custody**

The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

**OR**

**Voluntary Surrender**

The defendant may voluntarily surrender at the defendant's own expense, at the institution designated by the Bureau of Prisons on or before Friday, _____. If no designation is made by the Bureau of Prisons by _____, the defendant shall surrender to the Office of the United States Marshal on _____ to be taken into custody. While awaiting designation, the defendant shall be released on bond and shall comply with all previously imposed standard conditions of supervision in addition to the following condition(s):

4

The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

**Recommendation
to Bureau of
Prisons**

While in the custody of the U.S. Bureau of Prisons, it is requested but not required that the defendant be afforded the following opportunities:

**No New term of
Supervised
Release**

Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

OR

**New term of**
**Supervised**
**Release**

Upon release from imprisonment, the defendant shall serve a ___ (**YEAR/**

**MONTH**) term of Supervised Release. While on Supervised Release, the defendant

shall comply with the standard conditions adopted by the Court in the Middle District of

Florida. In addition, the defendant shall comply with the following special conditions:

**OR**

**Reinstated to**
**Supervised**
**Release**

The defendant is hereby reinstated to supervision. All previous special conditions

remain intact.

The defendant is hereby reinstated to supervision. The original term of

supervision shall be extended for a period of ___ (**YEARS/ MONTHS**).

All previously ordered special conditions remain intact.

The defendant is hereby reinstated to supervision. The terms of supervision are

modified to include the following special conditions:

6

## SPECIAL CONDITIONS

**Home Detention**

The defendant shall participate in the Home Detention program for a period of _____ days. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute toward the costs of these services not to exceed an amount determined reasonable by the Probation Office based on his ability to pay.

**Drug Aftercare**

The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this Court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

7

**Mental Health**

The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this Court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

**RRC/CCC Confinement**

The defendant shall reside at the Residential Re-entry Center (RRC) for a period of _____ (**DAYS\ MONTHS**) and shall observe the rules of that facility. While at the center, the defendant shall be placed in the Community Confinement Component of the program, follow all center rules, and the probation officer's instructions regarding the implementation of this Court directive. Further, the defendant shall contribute towards the cost of subsistence and may be required to pay for a physical examination at his own expense prior to entering the program. Cost of transportation to and from the RRC shall be the responsibility of the defendant.

**Financial**

The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, making acquisitions or obligating himself for any major purchases without approval of the probation officer.

The defendant shall provide the probation officer access to any requested financial information.

8

**Community Service**   The defendant shall perform _____ hours of community service and follow the probation officer's instructions regarding the implementation of this Court directive.

**Employment Restriction**   The defendant shall refrain from engaging in any employment related to _____.

**Waiver of Mandatory Drug Testing**   The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court authorizes random drug testing not to exceed 104 tests per year.

**Mandatory Drug Testing**   The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year.

**Restitution Monthly Payments**   The defendant shall pay restitution in the amount of $ 993.03 to the victims. The defendant shall begin making payments of $_____ per month, beginning _____ and this payment schedule shall continue unless the victims, the government, or the defendant notifies the Court of a material change in the defendant's ability to pay, and the Court modifies the schedule.

Unpaid Restitution in the amount of #993.03 shall be made in lieu of rent.

The defendant shall pay restitution in the amount of $993.03 to the victims. While in Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the defendant has a non-Unicor job or (2) pay at least 50% of his monthly earnings if the defendant has a Unicor job. ~~Upon release from custody, the defendant's financial circumstances will be evaluated, and the Court may establish a new payment schedule.~~

**Factors Enumerated in 18 U.S.C. § 3553/Advisory Guidelines**

In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines and policy statements issued by the U.S. Sentencing Commission in imposing sentence.

**Final Objections**

The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record?

**Appeal of Sentence**

The defendant has the right of appeal from the judgment and sentence within ten (10) days from this date. Failure to appeal within the ten day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. The defendant is entitled to assistance of counsel in taking an appeal, and if the defendant is unable to afford a lawyer, one will be provided for you. If the defendant is unable to afford the filing fee, the Clerk of the Court will be directed to accept the Notice of Appeal without such fee.

**Instructions to Clerk**

The Clerk is instructed to attach this sentencing statement to the Judgment in a Criminal Case for Revocation of Probation or Supervised Release.